FILED BY \_\_\_\_\_SH\_\_\_\_\_ D.C.

Sep 26, 2019

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

19-20632-CR-WILLIAMS/TORRES

CASE NO. _____

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)

UNITED STATES OF AMERICA

v.

SHAWN MICHAEL WRIGHT,

 Defendant.
_____/

### INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Possession of a Firearm and Ammunition by a Convicted Felon**
(18 U.S.C. § 922(g)(1))

On or about December 18, 2018, in Miami-Dade County, in the Southern District of Florida, the defendant,

**SHAWN MICHAEL WRIGHT,**

knowingly possessed a firearm and ammunition, in and affecting interstate commerce, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

It is further alleged that said firearm and ammunition are:

 a. One (1) Ruger, Model LC9s, 9mm caliber pistol, serial number 32792281;

 b. One hundred, twenty-four (124) rounds of 9mm caliber ammunition; and

 c. Five (5) rounds of .380 caliber ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **SHAWN MICHAEL WRIGHT**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and ammunition involved in or used in the commission of such violation.

All pursuant to Title 18, United States Code, Section 924(d)(1), and the procedures set forth at Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
STEPHANIE HAUSER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SHAWN MICHAEL WRIGHT,

_____ Defendant. _____/

CASE NO._____

### CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
- ✓ Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New defendant(s)           Yes ___    No ___
Number of new defendants   ___
Total number of counts     ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect  _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days      ✓
   - II   6 to 10 days     ___
   - III  11 to 20 days    ___
   - IV   21 to 60 days    ___
   - V    61 days and over ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ___
   - Felony   ✓

6. Has this case previously been filed in this District Court?   (Yes or No)  No
   If yes: Judge_____   Case No._____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)  No
   If yes: Magistrate Case No._____
   Related miscellaneous numbers:_____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of   12/19/2018
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___    No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___    No ✓

_____
Stephanie Hauser
Assistant United States Attorney
FL Bar No. 92765

*Penalty Sheet(s) attached

REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: SHAWN MICHAEL WRIGHT

**Case No**: _____

Count #: 1

Possession of Firearm and Ammunition by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\* Max. Penalty**: Ten (10) years' imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: _____

### BOND RECOMMENDATION

DEFENDANT: __Shawn Michael Wright_____

__Pre-Trial Detention_____
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)


By: _/s/ Stephanie Hauser_____
AUSA: Stephanie Hauser


Last Known Address: __Paul Rein Detention Facility__

__2421 NW 16th Street__

__Pompano Beach, FL 33069__

What Facility: _____

Agent(s): __Luis Cerra - ATF TFO_____
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)